IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALISHA CHASE STRAIT, as
personal representative of the
estate of Peyton Chase Cleveland,

        Plaintiff,

  v.                                     Case No. 3:23-cv-738-MMH-PDB

WALLACE KITCHINGS, as sheriff
of Columbia County, Florida,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Alisha Chase Strait, as personal representative of the estate of Peyton Chase Cleveland, and Wallace Kitchings, as sheriff of Columbia County, Florida, and stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

//

//

//

//

//

//

1

DATED: July 10, 2025.

/s/ W. Bradley Russell
W. Bradley Russell
Florida Bar No. 29492
Russell & Russell, Attorneys at Law, P.A.
300 West Adams Street, Suite 400
Jacksonville, Florida 32202
Tel. 904-527-8813
Email: brad@russellandrussell.law

Lead counsel for Alisha Chase Strait, as personal representative of the estate of Peyton Chase Cleveland


/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
Email: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant Sheriff Wallace Kitchings*